660

No. 512. McADOO & NEBLETT ET AL. *v.* F. P. NEWPORT CORP. ET AL. January 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Wm. H. Neblett* and *R. Dean Warner* for petitioners. *Mr. Richard A. Turner* for H. F. Metcalf, Trustee in Bankruptcy, and *Mr. James E. Shelton* for Security First National Bank, respondents.

No. 519. MINNEAPOLIS, ST. P. & S. S. M. RY. CO. *v.* PIKE RAPIDS POWER Co. January 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. John L. Erdall* for petitioner. *Mr. James G. Nye* for respondent.

No. 373. PALMER ET AL., TRUSTEES, *v.* PALMER ET AL., TRUSTEES. January 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE BRANDEIS took no part in the consideration and decision of this application. *Messrs. James Garfield* and *Hermon J. Wells* for petitioners. *Messrs. Robert G. Dodge* and *Talcott M. Banks, Jr.* for respondents.

No. 340. NORTH WHITTIER HEIGHTS CITRUS ASSN. *v.* NATIONAL LABOR RELATIONS BOARD. January 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Ivan G. McDaniel* for petitioner. *Solicitor General Jackson* and *Mr. Charles Fahy* for respondent.

No. 249. GOODMAN *v.* UNITED STATES. See *ante,* p. 578.